# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| STEPHEN M. BEVERLY, | |
| Plaintiff, | |
| v. | Civil Action No. 3:07cv469 |
| WAL-MART STORES, INC., | |
| Defendant. | |

| | |
|---|---|
| STEPHEN M. BEVERLY, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 3:07cv541 |
| CHOICEPOINT INC., *et al.*, | |
| Defendants. | |

**JOINT MOTON FOR ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL,**
<u>**DIRECTING NOTICE TO THE CLASS AND SCHEDULING FAIRNESS HEARING**</u>

Pursuant to Fed. R. Civ. P. 23(e) and to Local Civil Rule 7 of the Rules of this Court, plaintiffs, Stephen M. Beverly and Bruce Smith, by counsel, on behalf of themselves and all members of the proposed Settlement Class, and defendants, Wal-Mart Stores, Inc. and Choicepoint WorkPlace Solutions Inc., *et al.*, by counsel, respectfully move this Court for the entry of an Order preliminarily approving a proposed class settlement in this action, certifying settlement classes for purposes of this proposed class settlement, appointing class counsel,

approving the form and manner of notices proposed to be sent to all members of the settlement classes, and scheduling a fairness hearing.

A copy of the proposed Settlement Agreement and Release memorializing the terms of the proposed class settlement and the form of notices is attached hereto as Exhibit 1.

In support of their Joint Motion, the parties hereby rely upon the Memorandum in Support previously filed herein.

**STEPHEN M. BEVERLY and BRUCE J. SMITH**


By:_____
Leonard A. Bennett, Esq. (VSB No. 37523)
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@cox.net

Christopher Colt North, Esquire (VSB No. 16955)
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Telephone: (757) 873-1010
Facsimile: (757) 873-8375

*Attorneys for Plaintiffs Stephen M. Beverly and Bruce J. Smith, and also for Andre Lamont Dixon*



**CHOICEPOINT INC. and
CHOICEPOINT WORKPLACE SOLUTIONS INC.**


By:_____

Alan D. Wingfield, Esq. (VSB No. 27489)
David N. Anthony, Esq. (VSB No. 31696)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200

Facsimile: (804) 697-1339
E-mail: david.anthony@troutmansanders.com
E-mail: alan.wingfield@troutmansanders.com

*Attorneys for ChoicePoint Inc. and
ChoicePoint Workplace Solutions Inc.*

**WAL-MART STORES, INC.**

By:_____

Gregory T. Parks (pro hac vice)
Thomas J. O'Brian (VSB No. 23628)
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5170
215-963-5001 (facsimile)

*Attorneys for Wal-Mart Stores, Inc.*

1770487v1