UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| STEPHEN M. BEVERLY, | |
| Plaintiff, | |
| v. | Civil Action No. 3:07cv469 |
| WAL-MART STORES, INC., | |
| Defendant. | |

| | |
|---|---|
| STEPHEN M. BEVERLY, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 3:07cv541 |
| CHOICEPOINT INC., | |
| Defendant. | |

### PLAINTIFFS' AGREED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AWARD OF ATTORNEYS FEES

COME NOW the Plaintiffs, by counsel, and, pursuant to Fed. R. Civ. P. 23(e) and with the agreement and consent of Defendants, they move the Court for entry of a final order approving the class settlement, as attached hereto, and for an award of attorneys fees and costs as more fully stated in their accompanying Memorandum.

1

          RESPECTFULLY SUBMITTED,

          STEPHEN M. BEVERLY
          And BRUCE J. SMITH
          for themselves and on behalf of all similarly
          situated individuals

          _____/s/_____
          Leonard A. Bennett, Esq.
          VSB #37523
          Attorney for Plaintiff
          CONSUMER LITIGATION ASSOCIATES, P.C.
          12515 Warwick Boulevard, Suite 100
          Newport News, Virginia 23606
          (757) 930-3660 - Telephone
          (757) 930-3662 – Facsimile
          lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this  23rd  day of April, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony, Esq.
*Attorney for Defendant ChoicePoint, Inc. t/a*
*ChoicePoint Workplace Solutions*
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23218-1122
Phone:  (804) 697-5410
Fax:  (804) 698-5118
david.anthony@troutmansanders.com

Alan Winfield, Esq.
*Attorney for Defendant ChoicePoint, Inc. t/a*
*ChoicePoint Workplace Solutions*
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
Phone: (804) 697-1200
Fax: (804) 698-5118
alan.wingfield@troutmansanders.com

Megan C. Rahman, Esq.
*Attorney for Defendant ChoicePoint, Inc. t/a*
*ChoicePoint Workplace Solutions*
Troutman Sanders, LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
Phone: (804) 697-1200
Fax: (804) 698-5118
megan.rahman@troutmansanders.com

                                            /s/
                                  Leonard A. Bennett, Esq.
                                  VSB #37523
                                  Attorney for Plaintiff
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  12515 Warwick Boulevard, Suite 100
                                  Newport News, Virginia 23606
                                  (757) 930-3660 - Telephone
                                  (757) 930-3662 – Facsimile
                                  lenbennett@cox.net